■ In the Matter of DEMILDRA H.-A. and Others, Infants. JACQUELINE H., Appellant; LITTLE FLOWER CHILDREN'S SERVICES, Respondent. [715 NYS2d 313] —Orders, Family Court, New York County (Susan Larabee, J.), entered on or about October 14, 1998, unanimously affirmed, without costs or disbursements.

Application by appellant's assigned counsel to withdraw is granted (*see, Matter of Louise Wise Servs.*, 131 AD2d 306). We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. Concur—Rosenberger, J. P., Nardelli, Tom, Mazzarelli and Rubin, JJ.